# EXHIBIT 6

| IN THE DISTRICT COURT, DENVER COUNTY, COLORADO<br><br>1437 Bannock Street Room 256, Denver, CO 80202 | *FOR COURT USE ONLY* |
|---|---|
| **Toby Lorenc**<br>Plaintiff/Petitioner<br>vs.<br>**Oracle Corporation**<br>Defendant/Respondent | Case # **2026CV32244**<br>Hearing Date:<br>DATE FILED<br>June 23, 2026 4:05 PM |

**DECLARATION OF SERVICE**

Received by **Brian Heinz**, on the **18th day of June, 2026 at 5:10 PM** to be served on **Oracle Corporation c/o CSC - LAWYERS INCORPORATING SERVICE COMPANY, REGISTERED AGENT** at **2710 Gateway Oaks Dr Ste 150N, Sacramento, Sacramento County, CA 95833**.

I, **Brian Heinz**, declare under penalty of perjury that I am 18 years or older and not a party to the action and that on the **19th day of June, 2026 at 11:22 AM**, I **SERVED** the within named corporation at **2710 Gateway Oaks Dr Ste 150N, Sacramento, Sacramento County, CA 95833**, in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the below listed documents to the named Corporation, by serving **Skylar Leih, Associate Intake Coordinator**, on behalf of said Corporation.

<u>**Documents Served:**</u> **SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET**.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **Oracle Corporation c/o CSC - LAWYERS INCORPORATING SERVICE COMPANY, REGISTERED AGENT, I delivered the documents to Skylar Leih, Associate Intake Coordinator who identified themselves as the person authorized to accept with identity confirmed by subject showing identification. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'8" -5'10" tall and weighing 160-180 lbs.**

Service Fee Total: **$78.00**

Per C.R.S. § 13-27-101 I declare under penalty of perjury under the law of California that the foregoing is true and correct.

Executed on 06/19/2026
(date)

at Sacramento County
(city or other location, and state OR county)

Brian Heinz
(printed name)

(signature)

REF: **PM-77387**

PAGE 1 OF 1

ORIGINAL PROOF OF SERVICE

Tracking #: **0228728741**